# Order

Michigan Supreme Court
Lansing, Michigan

October 3, 2017

153766

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANGEL GUILLERMO VIDRO,
      Defendant-Appellant.

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

SC: 153766
COA: 331250
Jackson CC: 15-004711-FH

_____/

      By order of October 26, 2016, the application for leave to appeal the March 29, 2016 order of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich ___ (2017), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the March 29, 2016 order of the Court of Appeals, and we REMAND this case to the Court of Appeals for reconsideration in light of *Steanhouse*.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2017



Clerk

p0925